# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**GREGORY J. DARR,**

    **Defendant.**

Case No. 2:18-CR-178
CHIEF JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

This matter is before the Court on Defendant Gregory J. Darr's ("Defendant") Motion to Extend his Surrender Date. (ECF No. 32). On August 27, 2018, the Government filed a Bill of Information against Defendant, charging him with one count of conspiracy to embezzle, steal, and convert over $1,000 in federal currency from the United States Department of Housing and Urban Development ("HUD"). (ECF No. 1). In September 2018, Defendant entered a plea of guilty to that charge pursuant to a plea agreement. (ECF Nos. 2 & 8). On April 18, 2019, the Court sentenced Defendant to 30 months imprisonment, 3 years of supervised release, and $431,668.45 in restitution. Defendant is scheduled to self-surrender on June 6, 2019. Defendant now moves for an extension of his self-surrender date. (ECF No. 32).

District courts have "discretionary authority . . . to set a self-surrender date for a defendant." *See United States v. Cruz*, No. 2:10-cr-115, 2011 WL 4048965, at *1 (M.D. Fla. Sept. 13, 2011). Defendants seeking an extension of their self-surrender date must generally show "good cause" for the request. *See United States v. George*, No. ED-cr-12-065, 2015 WL 13450241, at *3 (C.D. Cal. Nov. 30, 2015). Defendant argues that good cause exists for an

extension due to: (1) his financial interest in the potential sale of Augusta Properties, Ltd., and (2) his wife's illness. (ECF No. 32). The Government contends that Defendant "has not raised any new issues from his sentencing hearing." (ECF No. 33).

The Government's argument is well taken. There is no indication that Defendant's circumstances have changed since the sentencing hearing. The Court previously considered both Defendant's interest in resolving his financial affairs, and his role as his wife's caretaker. As no good cause exists to deviate from the Court's sentencing determination, Defendant's Motion is **DENIED**. (ECF No. 32).

**IT IS SO ORDERED.**

6-5-2019
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**